UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JOE JOHNSON,

                                                Docket: 1:19-cv-4184
                          Plaintiff,

             -against-                             ORDER

KENNETH WISMER, VENEZIA TRANSPORT
SERVICE, INC., PATRICK RODNEY, EDGE AUTO
INC., and PEOPLEREADY, INC.

                                     Defendants.
-------------------------------------------------------------------------X

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO REMAND TO STATE COURT

This Matter, having come before the Court on the Plaintiff's Letter Motion filed on October 21, 2020, to remand this matter to the Kings County Supreme Court of the State of New York on the grounds that the Court herein no longer has subject matter jurisdiction, and it there being no opposition thereto, and it appearing upon argument of counsel and for good cause shown, that the Motion should be granted,

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Plaintiff's unopposed Motion to Remand is GRANTED. The Court hereby REMANDS this case to the Kings County Supreme Court, State of New York, for all further proceedings under its index number 501937/2019.

2. The District Court Clerk is directed to enter this Order, provide copies to counsel, mail copies to pro se parties, mail a certified copy of this Order to the Clerk of the Supreme Court, Kings County, and CLOSE this file.

Dated: Brooklyn, New York

          _____

                                   ROBERT M. LEVY
                                   United States Magistrate Judge